In The



Court of Appeals



Ninth District of Texas at Beaumont



________________



NO. 09-09-00026-CR


 _____________________



JOHN WILLIAM GREER, Appellant



V.



THE STATE OF TEXAS, Appellee







On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 08-03607






MEMORANDUM OPINION


 On December 2, 2008, the trial court sentenced John William Greer on a conviction
for burglary of a habitation. Greer filed a notice of appeal on January 22, 2009. The trial
court entered a certification of the defendant's right to appeal in which the court certified that
this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The district clerk has provided the trial court's certification to the Court of
Appeals. On January 29, 2009, we notified the parties that we would dismiss the appeal
unless the appellant established grounds for continuing the appeal. The appellant filed a
response but failed to establish that the trial court's certification should be amended. 
Because the record does not contain a certification that shows the defendant has the right of
appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we dismiss
the appeal.

 APPEAL DISMISSED. 

 

 DAVID GAULTNEY 

 Justice 


Opinion Delivered March 4, 2009

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ.